| | |
|---|---|
| THOMAS P. O'BRIEN<br>United States Attorney<br>SANDRA R. BROWN<br>Assistant United States Attorney<br>Chief, Tax Division<br>RICHARD G. STACK (SBN 139302)<br>Assistant United States Attorney<br>  Room 7211, Federal Building<br>  300 North Los Angeles Street<br>  Los Angeles, California  90012<br>  Telephone:  (213) 894-2455<br>  Facsimile:  (213) 894-0115<br>  Richard.Stack@usdoj.gov | JS - 6 |

Attorneys for Plaintiff, the
United States of America

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>TOMAS MALDONADO, a/k/a Thomas Maldonado, an individual; FINANCIAL PARTNERS CREDIT UNION, formerly known as Rockwell Federal Credit Union, a Federal Savings and Loan Association; MARGARET ANN GANGNES, an individual; SCOTT A. VANDRUFF, an individual; FIRST TEAM REAL ESTATE, c/o Hallmark Escrow, an unincorporated business entity,<br><br>          Defendants.<br>_____ | Case No. SA CV 06-800-AG(MLGx)<br><br>**JUDGMENT IN REM BETWEEN PLAINTIFF UNITED STATES OF AMERICA AND DEFENDANT TOMAS MALDONADO; AND FOR DISMISSAL OF THIS CASE**<br><br>Present Pre-Trial Schedule –<br><br>Pre-Trial Conference:<br>     May 12, 2008 @ 8:30 a.m.<br>Trial:  May 27, 2008  @ 9:00 a.m.<br><br>Ctrm:  "10D," 10th Floor<br>     411 W. Fourth Street<br>     Santa Ana, CA<br><br>[Hon. Andrew J. Guilford] |

Based upon the Stipulation for Entry of Judgment filed concurrently herewith, a Judgment in *rem* is hereby entered by this Court in favor of the United States of America as to the "Complaint to Foreclose Federal Tax Liens on Certain Real Property" ("Complaint") filed on August 25, 2006, as follows:

1.      In this action, the United States sought to reduce to judgment the unpaid Federal income tax liabilities incurred by taxpayer-defendant Tomas Maldonado ("Maldonado") for the calendar years 1991 through 1995, inclusive ("Subject Tax Liabilities"), and to foreclose Federal income tax liens for the Subject Tax Liabilities against the real property owned by Maldonado, located at 9765 El Durango Circle, Fountain Valley, California 92708-3512 ("Subject Real Property").  The United States named as defendants in this action all persons or entities who have or may claim a lien or other interest in the Subject Real Property, including Financial Partners Credit Union, formerly known as Rockwell Federal Credit Union ("FPCU"), First Team Real Estate, c/o Hallmark Escrow ("First Team"), Margaret Ann Gangnes ("Gangnes") and Scott A. Vandruff ("Vandruff"), as required by 26 U.S.C. § 7403. Gangnes and Vandruff previously filed separate disclaimers of interest as to the Complaint filed in this action.

2.      The United States did not (and cannot) seek to reduce to judgment in this action the income tax assessments which form the basis of the Subject Tax Liabilities because on <u>November 19, 2001</u>, Maldonado received a discharge in the Chapter 7 personal bankruptcy case that he filed on <u>August 7, 2001</u>, Case No. 01-16803-JB (USBC C.D.Cal.).  Although Maldonado *is no longer* **personally liable** for the Subject Tax Liabilities, the Internal Revenue Service ("IRS") duly filed Notices of Federal Tax Liens ("NFTLs") against Maldonado with the Orange County Recorder's Office *prior to* the August 7, 2001 Chapter 7 petition filing date.  Consequently, notwithstanding discharge of the Subject Tax Liabilities in the Chapter 7 bankruptcy case, the pre-petition NFTLs that the IRS recorded against Maldonado regarding the Subject Tax Liabilities attached to (and continue to attach to) all property and rights to property belonging to Maldonado as of the petition date, including his interest in the Subject Real Property.  <u>See</u> <u>In re Isom</u>, 901 F.2d 744 (9th Cir. 1990) (Federal tax liens survive debtor's bankruptcy case and are fully enforceable against debtor's

exempt and non-exempt assets, notwithstanding discharge of underlying tax liabilities).

3. Maldonado obtained a refinance loan in the amount of $417,000.00 regarding the Subject Real Property in order to *fully* pay the senior Deeds of Trust held by FPCU and First Team, and to *partially* satisfy the Government's Isom liens against such property. The United States and Maldonado have agreed that, after the United States is paid a portion of the refinance loan proceeds, it will receive an interest-bearing deficiency Judgment *in rem* from Maldonado as to the Subject Real Property for the remaining unpaid balance of the Isom liens.

4. On or about April 14, 2008, the refinance escrow of the Subject Real Property closed. Pursuant to that refinance escrow, on or about April 15, 2008, the escrow agent disbursed checks to creditors of Maldonado, as follows: (a) FPCU – $158,383.95 (full payment); (b) First Team – $2,570.00 (full payment); and (c) Internal Revenue Service – $242,696.46 (partial payment).

5. As a result of the Internal Revenue Service's receipt of a portion of the refinance proceeds of the Subject Real Property referenced in paragraph 4, above, of this Judgment, the principal unpaid balance of the United States' Isom liens against the Subject Real Property is $58,327.66. That amount is calculated, as follows:

| | |
|---|---:|
| Maximum Amount of Isom Liens (unpaid balance of Subject Tax Liabilities as of August 7, 2001, date of Maldonado's Chapter 7 bankruptcy filing) – | $355,929.61 |
| *Less*: Post-bankruptcy paydown of principal of FPCU Deed of Trust – | ($ 54,905.49) |
| *Less*: Amount paid to IRS through refinance loan – | ($242,696.46) |
| Total – | $58,327.66 |

6. A deficiency Judgment *in rem* in the amount of $58,327.66 is hereby entered in favor of the United States against the Subject Real Property as to the unpaid

balance of the Government's <u>Isom</u> liens, <u>plus</u> post-judgment interest thereon from the entry date of this Judgment, at the rate on Federal civil judgments provided by 28 U.S.C. §§ 1961(a) and (b), until such amount (together with all of the interest thereon) has been paid in full. Such Judgment *in rem* shall hereby operate only as a lien against the Subject Real Property, and any proceeds thereof, and not as a personal liability of Maldonado.

7. This Judgment resolves all issues between the United States and Maldonado which were the subject matter of the Complaint filed in this action. Accordingly, the Complaint filed in this action is hereby dismissed.

**IT IS SO ORDERED**.

Dated: May 9, 2008

_____
**ANDREW J. GUILFORD**
United States District Judge

**PROPOSED JUDGMENT APPROVED AS TO BOTH FORM AND CONTENT**:

**THOMAS P. O'BRIEN**
United States Attorney
**SANDRA R. BROWN**
Assistant United States Attorney
Chief, Tax Division

_____
**RICHARD G. STACK**
Assistant United States Attorney

Attorneys for Plaintiff, the
United States of America

_____
**ROBIN W. ENOS**, Esquire
**TERRENCE J. MOORE**, Esquire

Attorneys for Defendant, Tomas Maldonado
Moore & Associates, APLC
1010 N. Ross Street #200
Santa Ana, CA 92701